UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MOSANA, | Case No. 1:22-cv-00785-JLT-HBK |
| Plaintiff, | ORDER REFERRING CASE TO VOLUNTARY DISPUTE RESOLUTION PROGRAM |
| v. | |
| PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD and TODD F. HAINES ESQ., | (Doc. No. 35) |
| Defendants. | |
| PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD | |
| Cross-Claimant, | |
| v. | |
| TODD F. HAINES | |
| Counter-Defendant. | |
| PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, | |
| Third-Party Plaintiff, | |

v.

WILBER AND ASSOCIATES, P.C.,

        Third-Party Defendant.

WILBER AND ASSOCIATES, P.C.,

        Cross-Claimant,

v.

TODD F. HAINES

        Cross-Defendant.

On December 1, 2022, all parties filed a joint stipulation agreeing to submit this action to the Court's Voluntary Dispute Resolution Program Pursuant to Local Rule 271. (Doc. No. 35). Pursuant to the parties' agreement to participate in the Court's Voluntary Dispute Resolution Program ("VDRP"), the Court refers this action to the VDRP. Further, the Court will stay all pending motions and deadlines in this case until either the conclusion of the VDRP or upon further order from the Court.

Accordingly, it is **ORDERED**:

1. This action is referred to the VDRP;
2. Within **fourteen (14) days of this order**, the parties shall contact the Court's VDRP administrator, Sujean Park, at (916) 930-4278 or Spark@caed.uscourts.gov, to start the process of selecting an appropriate neutral evaluator;
3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP;
4. No later than fourteen (14) days after the completion of the VDRP session, the parties shall either jointly file their VDRP Completion Report or a Dismissal or Stipulation and Order for Dismissal pursuant to Fed. R. Civ. P. 41, consistent with Local Rule 271(o);

////

////

5. The Court STAYS all pending motions and deadlines in this action until either the conclusion of the VDRP or upon further order of the Court.

DONE AND ORDERED:

Dated: December 8, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE